**Date**: August 21, 2025

**To**:  Fifteenth Court of Appeals

ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

**Re: Case No.15-25-00045-CV**
Appeal of Final Orders in Suit Affecting the Parent-Child Relationship

**Original case no. DF-24-07441**

### MOTION TO REQUEST ACCESS TO APPELLATE RECORD

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, Nanyamka Sims, and respectfully requests access to the appellate record in the above-captioned matter. In support of this motion, Appellant states the following:

1. The clerk's record has been filed with the Court.
2. The reporter's record has not yet been filed.
3. Appellant seeks access to both the full clerk's record and the full reporter's record upon completion, in order to prepare the appellate brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant access to the appellate record upon full submission and provide any further relief to which Appellant may be justly entitled.

Respectfully submitted,
Nanyamka Sims
Appellant, Pro Se
Dallasccfiles@gmail.com